The Honorable Robert S. Lasnik
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEBERHIWET TEKLEMARIAM,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR, et. al.,<br><br>Respondents. | No. C19-1608-RSL-MLP<br><br>JOINT STIPULATION AND [proposed]<br>ORDER CONSENTING TO<br>MAGISTRATE JUDGE AND<br>DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR:<br>Today |

COMES NOW Respondents, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Gregory Murphy, and hereby jointly stipulate and agree as follows:

WHEREAS on October 8, 2019, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on October 7, 2019, Petitioner was released from custody on an order of supervision. *See* Dkt. No. 10, Exhibit A.

WHEREAS the parties agree that Petitioner's release rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION-1
(C19-1608-RSL-MLP)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 12th day of December, 2019.

BRIAN T. MORAN
United States Attorney

*/s Kristin B. Johnson*
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION-2
(C19-1608-RSL-MLP)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  SO STIPULATED.

2  DATED this 12th day of December, 2019.

/s Gregory Murphy
GREGORY MURPHY, WSBA #
Assistant Federal Public Defender
1331 Broadway #400
Tacoma, Washington 98402
(253) 593-6710
Attorney for Petitioner

**ORDER**

IT IS SO ORDERED.

DATED this ___17th___ day of ___December___, 2019.

_____Robert S. Lasnik_____
~~MICHELLE L. PETERSON~~ Robert S. Lasnik
United States Magistrate Judge

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION-3
(C19-1608-RSL-MLP)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970